NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL BROOKS, )
a/k/a MICHAEL BRIAN BROOKS, )
)
      Appellant, )
)
v. )   Case No. 2D17-1748
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Manatee
County; Stephen L. Dakan, Senior Judge,
and Hunter W. Carroll, Judge.

Rachael E. Reese of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.